# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ARTHUR LAMON JOYNER, JR.                                                    PETITIONER

v.                              NO. 5:05CV00331 WRW/HDY

LARRY NORRIS, Director,                                                     RESPONDENT
Arkansas Department of
Correction

## JUDGMENT

Based on an Order entered this day, judgment is hereby entered dismissing the petition for writ of habeas corpus. The relief sought is denied.

IT IS SO ORDERED this 31st day of January, 2006.


                                    /s/ Wm. R.Wilson,Jr.
                                    UNITED STATES DISTRICT JUDGE